# EXHIBIT A

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**          STATE BAR NUMBER:<br>NAME: John Hatch 311754 Blanca Anselmo 326538<br>FIRM NAME: Injury Legal Center, P.C.<br>STREET ADDRESS: 2922 Daimler St.,<br>CITY: Santa Ana                          STATE: C  ZIP CODE: 92705<br>TELEPHONE NO.: (949) 756-9300      FAX NO.:<br>EMAIL ADDRESS: ilclit@injurylegalcenter.net<br>ATTORNEY FOR (name): Erika Sulpacio Jones | *FOR COURT USE ONLY*<br><br>Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>12/16/2025 3:49 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By E. Salcido, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 275 Magnolia
MAILING ADDRESS:
CITY AND ZIP CODE: Long Beach, CA 90802
BRANCH NAME: South Judicial District

PLAINTIFF: Erika Sulpacio Jones

DEFENDANT: Southwest Airlines Co.; United States Aviation Underwriters Inc.; ORD Lift & GSE inc.;
[X] DOES 1 TO 20 inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*

**Type** *(check all that apply):*
[ ] **MOTOR VEHICLE**    [X] **OTHER** *(specify):*  Premises Liability
[ ] **Property Damage**   [ ] **Wrongful Death**
[ ] **Personal Injury**   [ ] **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
Amount demanded   [ ] does not exceed $10,000
[ ] exceeds $10,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:

25LBCV03423

1. **Plaintiff** *(name or names):* Erika Sulpacio Jones

   alleges causes of action against **defendant** *(name or names):* Southwest Airlines Co.; United States Aviation Underwriters Inc.; ORD Lift & GSE inc.; DOES 1 to 20 Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]
CEB. Essential
ceb.com Forms

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Jones, Erika Sulpacio

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jones v Southwest Airlines Co. et al. | |

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant *(name)*:
      Southwest Airlines Co.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☒ **except** defendant *(name)*:
      ORD lift & GSE Inc.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☒ **except** defendant *(name)*:
      United States Aviation Underwriters Inc.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-10            were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 11-20            are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

CEB Essential
ceb.com Forms

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Jones, Erika Sulpacio

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jones v Southwest Airlines Co. et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages.
      (2) ☐ punitive damages.
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof.
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 12/16/2025

John C. Hatch
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

CEB Essential Forms
ceb.com

Jones, Erika Sulpacio

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jones v Southwest Airlines Co. et al. | |

_____FIRST_____          **CAUSE OF ACTION- General Negligence**    Page 4_____
    (number)

ATTACHMENT TO ☒ Complaint     ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Erika Sulpacio Jones

    alleges that defendant *(name)*: Southwest Airlines Co.; United States Aviation
                             Underwriters Inc.; ORD Lift & GSE inc.;

       ☒ Does ___1___ to _20_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: 01/21/2024
at *(place)*: 4100 Donald Douglas Dr., Long Beach, CA 90808

*(description of reasons for liability)* :
Defendants owned, operated, controlled, inspected, and
maintained the aircraft and its integrated stairway used by
passengers to deplane. Defendant owed Plaintiff a duty to
exercise reasonable care in the operation, inspection,
maintenance, and use of the aircraft stairway, including
compliance with applicable federal aviation safety regulations
and standards governing passenger boarding and deplaning.

The property was in a dangerous condition at the time of the
injuries and damages were caused and the plaintiff's injuries
were caused by this dangerous condition.

The dangerous condition consisted of a wet staircase used to
usher patrons out of a Southwest Airlines Flight at Long Beach
Airport, 4100 Donald Douglas Dr., Long Beach, CA 90808. When
Plaintiff unexpectedly encountered this dangerous condition,
she slipped, fell and was injured.

This dangerous condition created a reasonably foreseeable risk
of the kind of injury and damage the plaintiff did sustain.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB® Essential Forms™
ceb.com

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Jones, Erika Sulpacio

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Jones v Southwest Airlines et al. | |

__SECOND__   **CAUSE OF ACTION** - Premises Liability   Page __5__

(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Erika Sulpacio Jones
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 01/21/2024   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
Defendants owned, operated, controlled, inspected, and maintained the
aircraft and its integrated stareway. Defendant owed the Plaintiff a duty to
exercise reasonable care in the maintenance of the aircraft stairway. The
property was in a dangerous condition at the time of the injuries and damages
were caused and the plaintiff's injuries were caused by this dangerous
condition. The dangerous condition consisted of a wet staircase at 4100
Donald Douglas Dr, Long Beach, CA 90808. When Plaintiff encountered this
dangerous condition, she slipped and fell, sustaining injuries.

Prem.L-2. ☒ **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):*
Southwest Airlines Co.; United States Aviation
Underwriters Inc.; ORD Lift & GSE inc.;

☒ Does ___1___ to ___20___

Prem.L-3. ☐ **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

☐ Does _____ to _____
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4. ☐ **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
which a dangerous condition existed were *(names):*

☒ Does __1__ to __20__
a. ☒ The defendant public entity had ☐ actual ☒ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☒ **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*

☒ Does __11__ to __20__
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
CEB.com  Essential Forms
ceb.com

**CAUSE OF ACTION** - Premises Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Jones, Erika Sulpacio

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands, as a matter of right, trial by jury in this case on all causes of action.

DATED: December 16, 2025,                                          **INJURY LEGAL CENTER, P.C.**

By: _____
                                                                    JOHN C. HATCH
                                                                    BLANCA ANSELMO
                                                                    Attorneys for Plaintiff(s)

COMPLAINT FOR PERSONAL INJURIES AND DEMAND FOR JURY TRIAL